**Order entered October 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01385-CV

### ANTHONY LEEARTIS HALL, Appellant

### V.

### OBINNA CHINEMEREM NJOKU D/B/A ALWAYS INSURANCE AGENCY AND ALL-WAYS INSURANCE GROUP, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-09-02988-B**

## ORDER

The Court **GRANTS** appellant's October 23, 2013 motion to extend time to file his brief.

We **ORDER** appellant to file his brief by **NOVEMBER 8, 2013**.


/s/     ELIZABETH LANG-MIERS
         JUSTICE